THE STATE, EX REL. COLSCOTT, *v.* BROCKMAN, TREASURER, ETC.

[No. 18,820. Filed May 29, 1900.]

From the Union Circuit Court. *Reversed.*

*G. C. Florea* and *L. L. Broaddus,* for appellant.

*S. S. Harrell* and *F. M. Alexander,* for appellee.

JORDAN, J.—This case is a companion of *State, ex rel. Colscott,* v. *King, ante,* 621, and its purpose is to enforce, by a writ of mandamus, an inspection of the public records of the treasurer's office of Franklin county, Indiana.

The relator is the same person who prosecutes as such in the case of *State* v. *King, supra,* and the facts alleged in his petition are in all respects identical with those set forth in that case; and, upon the authority of the decision therein, it must be held that the lower court erred in sustaining the demurrer to the petition.

The judgment is therefore reversed, and the cause remanded to the lower court for further proceedings along the lines laid down in the appeal of *State, ex rel.,* v. *King, supra.*